

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Mason Dewayne Mires,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 31055-A.

Vs. No. 11-25-00200-CR

\* November 6, 2025

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.